UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERARDO PEREZ,<br><br>    Plaintiff<br><br>v.<br><br>JENNIFER NASH, et al.,<br><br>    Defendants | Case No.: 2:19-cv-02096-APG-EJY<br><br>**Order**<br><br>[ECF No. 30] |

In light of Magistrate Judge Youchah's order denying plaintiff Gerardo Perez's motions to separate (ECF No. 31),

I ORDER that plaintiff Gerardo Perez's motion to dismiss his motions to separate (**ECF No. 30) is DENIED as moot**.

DATED this 2nd day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE