AARON D. FORD
  Attorney General
AUSTIN T. BARNUM (Bar No. 15174)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., Suite 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: abarnum@ag.nv.gov

*Attorneys for Defendants John Borrowman,
Benjamin Estill, Jennifer Nash, and
Taerik Berry*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERARDO PEREZ,<br><br>              Plaintiff,<br><br>v.<br><br>JENNIFER NASH, *et al.*,<br><br>              Defendants. | Case No. 2:19-cv-02096-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendants, John Borrowman, Benjamin Estill, Jennifer Nash, and Taerik Berry, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Austin T. Barnum, Deputy Attorney General, hereby stipulate that the above matter be dismissed with prejudice as the parties reached a resolution.

///
///
///
///
///
///
///
///

Page **1** of **3**

Each party will bear their own attorney's fees and costs. The Court may accordingly close the case and all deadlines are moot.

DATED: __10/8/21__ 2021.                    DATED: October 8, 2021

                                             AARON D. FORD
                                             Attorney General

_[signature]_                                By: /s/ Austin T. Barnum
Gerardo Perez, Plaintiff                         Austin T. Barnum, Bar No. 15174
*Plaintiff, Pro Se*                              Deputy Attorney General
                                                 Attorneys for Defendants

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: October 8, 2021

_[signature]_
UNITED STATES DISTRICT JUDGE